JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—
# GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-0630-JWH (ADS)/ 8:23-cv-0822-JWH (ADS) | Date | May 19, 2023 |

Title  *Aellis D Artisan v. Woods Cove Art Studio and Gallery LLC, et al.*

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:   ORDER (IN CHAMBERS) Reopening Action and Consolidating Cases**

On April 10, 2023, Plaintiff filed a complaint in case number 8:23-cv-0630-JWH (ADS). On April 12, 2023, the Court dismissed the complaint with leave to amend and allowed Plaintiff until May 12, 2023, to file an amended complaint. On May 16, 2023, in light of Plaintiff's failure to file an amended complaint and the fact that Plaintiff's mail was being returned to the Court as undeliverable, the Court dismissed case number 8:23-cv-0630-JWH (ADS) for Plaintiff's failure to comply with a court order and failure to advise the Court of Plaintiff's current address.

On May 5, 2023, Plaintiff filed a new pleading, which the Clerk's Office treated as a new action and assigned case number 8:23-cv-0822-JWH (ADS). It appears, however, that the pleading filed in 8:23-cv-0822-JWH (ADS) was not a new action but, rather, was Plaintiff's attempt to file an amended complaint in case number 8:23-cv-0630-JWH (ADS), as was ordered by the Court.

Accordingly, it is hereby **ORDERED** as follows:

1. Case number 8:23-cv-0630-JWH (ADS) is **REOPENED**.

2. Case numbers 8:23-cv-0630-JWH (ADS) and 8:23-cv-0822-JWH (ADS) are **CONSOLIDATED**, and Plaintiff's action will proceed in 8:23-cv-0630-JWH (ADS) only.

3. The complaint filed as docket entry 1 in case number 8:23-cv-0822-JWH (ADS) will be filed as a First Amended Complaint in case number 8:23-cv-0630-JWH (ADS) and will be deemed to have been filed in that action on May 5, 2023.

**IT IS SO ORDERED.**